UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 19 CR 220 |
| v. | ) | |
| | ) | Hon. Gary S. Feinerman |
| HAIPING PAN | ) | |
| | ) | |

## PARTIES' JOINT STATUS REPORT

The United States of America, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and GUADALUPE VALENCIA, counsel for defendant HAIPING PAN, respectfully submit this joint status report:

1. The government has produced Rule 16 materials to defendant. The defense requests 75 days to review the materials and file pretrial motions. The government has no objection to this request.

2. The parties recommend the Court strike the November 17, 2022, status hearing and schedule a status hearing in late January or early February 2023.

3. The government moves to exclude time through the date of the next status hearing so the defense can review discovery and file pretrial motions. The defense has no objection to the exclusion of time through the next status hearing.

Respectfully Submitted,

JOHN R. LAUSCH, JR.

United States Attorney

By: /s/ *Sean J.B. Franzblau*
Sean J.B. Franzblau
Assistant United States Attorney


 /s/ *Guadalupe Valencia*
GUADALUPE VALENCIA
Counsel for Haiping Pan